**Henry T. SANDERS, Plaintiff—Appellant,**

v.

**UNITED STATES of America, Defendant—Appellee.**

No. 07–2071.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 28, 2008.

Decided: March 3, 2008.

Henry T. Sanders, Appellant Pro Se. John Walter Sippel, Jr., Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry T. Sanders appeals the district court's order denying his numerous post-judgment motions. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Sanders v. United States,* No. 8:06–cv–01528–DKC (D.Md. Sept. 24, 2007). We deny all of Sanders' pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*